| | |
|---|---|
| 1 | Muriel B. Kaplan, Esq. (SBN 124607) |
|   | Michele R. Stafford, Esq. (SBN 172509) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION |
|   | 44 Montgomery Street, Suite 2110 |
| 3 | San Francisco, CA 94104 |
|   | (415) 882-7900 |
| 4 | (415) 882-9287 – Facsimile |
|   | mkaplan@sjlawcorp.com |
| 5 | mstafford@sjlawcorp.com |
| 6 | Attorneys for Plaintiffs |
| 7 | Paul V. Simpson (SBN 83878) |
|   | Jamie Rudman (SBN 166727) |
| 8 | SIMPSON, GARRITY, INNES & JACUZZI |
|   | 601 Gateway Blvd., Suite 950 |
| 9 | South San Francisco, CA 94080 |
|   | (650) 615-4860 |
| 10 | (650) 615-4861 – Facsimile |
| 11 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, and its JOINT BOARD OF TRUSTEES; LES PROTEAU and CHARLES DEL MONTE, TRUSTEES Et.Al.,<br><br>Plaintiffs,<br><br>v.<br><br>SIGNATURE CONSTRUCTION COMPANY, *aka* SIGNATURE CONSTRUCTION COMPANY, INC., a California corporation,<br><br>Defendant. | Case No.: C09-2564 SI<br><br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: September 18, 2009<br>Time: 2:30 p.m.<br>Department: Courtroom 10, 19th Floor |

The parties herein jointly submit this request to continue the Case Management Conference, currently set for September 18, 2009 at 2:30 p.m.

This action was filed by Plaintiffs to recover amounts found due to the Trust Funds upon an audit of Defendants' records. Defendants disagree with the findings, and recently submitted documentation to support their position. The documents have been forwarded to the Trust Funds'

P:\CLIENTS\PATCL\Signature Construction\Pleadings\Request to Continue 090909.doc

1 | auditors for review, and preparation of a revised report if necessary.

2 |     There is nothing to discuss at a Case Management Conference at the present time as the parties are cooperating with one another to exchange information and move toward resolution.

    We therefore jointly request that the Case Management Conference be continued for 60-90 days to allow the parties ample time to resolve this matter. If the Court is not inclined to continue the Case Management Conference, Plaintiffs' counsel requests that it be continued for one week as September 18, 2009 is a Jewish Holiday.

Dated: September 9, 2009        SALTZMAN & JOHNSON
                                              LAW CORPORATION

                                    By:             /s/
                                                     Michele R. Stafford
                                                     Attorneys for Plaintiffs

Dated: September 9, 2009        SIMPSON, GARRITY, INNES & JACUZZI

                                        By:             /s/
                                                     Paul V. Simpson
                                                   Attorneys for Defendants

1 | auditors for review, and preparation of a revised report if necessary.

2 | There is nothing to discuss at a Case Management Conference at the present time as the parties are cooperating with one another to exchange information and move toward resolution.

We therefore jointly request that the Case Management Conference be continued for 60-90 days to allow the parties ample time to resolve this matter. If the Court is not inclined to continue the Case Management Conference, Plaintiffs' counsel requests that it be continued for one week as September 18, 2009 is a Jewish Holiday.

Dated: September 9, 2009

SALTZMAN & JOHNSON
LAW CORPORATION

By: /s/ Michele R. Stafford
Michele R. Stafford
Attorneys for Plaintiffs

Dated: September 9, 2009

SIMPSON, GARRITY, INNES & JACUZZI

By: /s/ Paul V. Simpson
Paul V. Simpson
Attorneys for Defendants


IT IS SO ORDERED
Judge Susan Illston

The case management conference is continued to Friday, December 18, 2009 at ~~3:00 p.m.~~   2:30 p.m.

F:\CLIENTS\PATCL\Signature Construction\Pleadings\Request to Continue 090909.doc