| | |
|---|---|
| 1 | Muriel B. Kaplan, Esq. (SBN 124607) |
|   | Michele R. Stafford, Esq. (SBN 172509) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION |
|   | 44 Montgomery Street, Suite 2110 |
| 3 | San Francisco, CA 94104 |
|   | (415) 882-7900 |
| 4 | (415) 882-9287 – Facsimile |
|   | mkaplan@sjlawcorp.com |
| 5 | mstafford@sjlawcorp.com |
| 6 | Attorneys for Plaintiffs |
| 7 | Paul V. Simpson (SBN 83878) |
|   | Jamie Rudman (SBN 166727) |
| 8 | SIMPSON, GARRITY, INNES & JACUZZI |
|   | 601 Gateway Blvd., Suite 950 |
| 9 | South San Francisco, CA 94080 |
|   | (650) 615-4860 |
| 10 | (650) 615-4861 – Facsimile |
|   | psimpson@sgijlaw.com |
| 11 | jrudman@sgijlaw.com |
| 12 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, and its JOINT BOARD OF TRUSTEES; LES PROEAU and CHARLES DEL MONTE, TRUSTEES, et al., | Case No.:  C09-2564 SI |
| | **STIPULATION OF VOLUNTARY DISMISSAL** |
| Plaintiffs, | |
| v. | |
| SIGNATURE CONSTRUCTION COMPANY, *aka* SIGNATURE CONSTRUCTION COMPANY, INC., a California corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(ii), Plaintiffs Bay Area Painters and Tapers Pension Trust Fund, et al., and Defendant Signature Construction Company, *aka* Signature Construction Company, Inc., stipulate to the voluntarily dismissal of  Defendant Signature Construction Company, *aka* Signature Construction Company, Inc., in this action.

/ / /

/ / /

Plaintiffs have not previously filed or dismissed any similar action against Defendant.

Dated: January 13, 2010                      SALTZMAN & JOHNSON
                                                       LAW CORPORATION

By:             /s/
       Michele R. Stafford
       Attorneys for Plaintiffs

Dated: January 13, 2010                      SIMPSON, GARRITY, INNES & JACUZZI

By:             /s/
       Paul V. Simpson
       Attorneys for Defendant

IT IS SO ORDERED.

This case is hereby dismissed, and the calendar herein is vacated.

Dated: _____        _____
                                              THE HONORABLE SUSAN ILLSTON
                                              UNITED STATES DISTRICT COURT

-2-
**STIPULATION OF VOLUNTARY DISMISSAL**
**CASE NO.: C09-2564 SI**

| | |
|---|---|
| 1 | Plaintiffs have not previously filed or dismissed any similar action against Defendant. |

Dated: January 13, 2010

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____
Michele R. Stafford
Attorneys for Plaintiffs

Dated: January 13, 2010

SIMPSON, GARRITY, INNES & JACUZZI

By: _____
Paul V. Simpson
Attorneys for Defendant

IT IS SO ORDERED.

This case is hereby dismissed, and the calendar herein is vacated.

Dated: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT

-2-
STIPULATION OF VOLUNTARY DISMISSAL