Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

Paul V. Simpson (SBN 83878)
Jamie Rudman (SBN 166727)
SIMPSON, GARRITY, INNES & JACUZZI
601 Gateway Blvd., Suite 950
South San Francisco, CA 94080
(650) 615-4860
(650) 615-4861 – Facsimile
psimpson@sgijlaw.com
jrudman@sgijlaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, and its JOINT BOARD OF TRUSTEES; LES PROEAU and CHARLES DEL MONTE, TRUSTEES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SIGNATURE CONSTRUCTION COMPANY, *aka* SIGNATURE CONSTRUCTION COMPANY, INC., a California corporation,<br><br>Defendant. | Case No.: C09-2564 SI<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(ii), Plaintiffs Bay Area Painters and Tapers Pension Trust Fund, et al., and Defendant Signature Construction Company, *aka* Signature Construction Company, Inc., stipulate to the voluntarily dismissal of Defendant Signature Construction Company, *aka* Signature Construction Company, Inc., in this action.

/ / /

/ / /

-1-
**STIPULATION OF VOLUNTARY DISMISSAL**
**CASE NO.: C09-2564 SI**

P:\CLIENTS\PATCL\Signature Construction\Pleadings\C09-2564 SI - Stipulation to Dismiss 011210.doc

Plaintiffs have not previously filed or dismissed any similar action against Defendant.

Dated: January 13, 2010                    SALTZMAN & JOHNSON
                                           LAW CORPORATION


                                    By:  _____/s/_____
                                         Michele R. Stafford
                                         Attorneys for Plaintiffs


Dated: January 13, 2010                    SIMPSON, GARRITY, INNES & JACUZZI


                                    By:  _____/s/_____
                                         Paul V. Simpson
                                         Attorneys for Defendant


IT IS SO ORDERED.

This case is hereby dismissed, and the calendar herein is vacated.


Dated: _____         _____
                                  THE HONORABLE SUSAN ILLSTON
                                  UNITED STATES DISTRICT COURT

-2-
**STIPULATION OF VOLUNTARY DISMISSAL**
**CASE NO.: C09-2564 SI**

P:\CLIENTS\PATCL\Signature Construction\Pleadings\C09-2564 SI - Stipulation to Dismiss 011210.doc

1     Plaintiffs have not previously filed or dismissed any similar action against Defendant.

2 Dated: January 13, 2010            SALTZMAN & JOHNSON
                                                  LAW CORPORATION

                              By: _____
                                     Michele R. Stafford
                                     Attorneys for Plaintiffs

Dated: January 13, 2010            SIMPSON, GARRITY, INNES & JACUZZI

                              By: _____
                                     Paul V. Simpson
                                     Attorneys for Defendant

IT IS SO ORDERED.

This case is hereby dismissed, and the calendar herein is vacated.

Dated: _____                _____
                                     THE HONORABLE SUSAN ILLSTON
                                     UNITED STATES DISTRICT COURT