1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7  Paul V. Simpson (SBN 83878)
   Jamie Rudman (SBN 166727)
8  SIMPSON, GARRITY, INNES & JACUZZI
   601 Gateway Blvd., Suite 950
9  South San Francisco, CA 94080
   (650) 615-4860
10 (650) 615-4861 – Facsimile
   psimpson@sgijlaw.com
11 jrudman@sgijlaw.com

12 Attorneys for Defendant

13            UNITED STATES DISTRICT COURT

14       FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 BAY AREA PAINTERS AND TAPERS          Case No.:  C09-2564 SI
   PENSION TRUST FUND, and its JOINT
16 BOARD OF TRUSTEES; LES PROEAU and      **STIPULATION OF VOLUNTARY**
   CHARLES DEL MONTE, TRUSTEES, et al.,   **DISMISSAL**
17
            Plaintiffs,
18 v.

19 SIGNATURE CONSTRUCTION COMPANY,
   *aka* SIGNATURE CONSTRUCTION
20 COMPANY, INC., a California corporation,

21          Defendant.

22

23         PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(ii), Plaintiffs Bay Area

24 Painters and Tapers Pension Trust Fund, et al., and Defendant Signature Construction Company,

25 *aka* Signature Construction Company, Inc., stipulate to the voluntarily dismissal of  Defendant

26 Signature Construction Company, *aka* Signature Construction Company, Inc., in this action.

27 / / /

28 / / /

1       Plaintiffs have not previously filed or dismissed any similar action against Defendant.

2   Dated: January 13, 2010                              SALTZMAN & JOHNSON
3                                                 LAW CORPORATION

4                         By:                   /s/
5                                   Michele R. Stafford
6                                   Attorneys for Plaintiffs

7   Dated: January 13, 2010                              SIMPSON, GARRITY, INNES & JACUZZI
8
9                         By:                   /s/
10                                  Paul V. Simpson
                                   Attorneys for Defendant

11

12  IT IS SO ORDERED.

13  This case is hereby dismissed, and the calendar herein is vacated.

14

15  Dated: _____

16  THE HONORABLE SUSAN ILLSTON
17  UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiffs have not previously filed or dismissed any similar action against Defendant.

2    Dated: January 13, 2010                     SALTZMAN & JOHNSON

3                                                LAW CORPORATION

4                                      By:    _____

5                                                Michele R. Stafford
                                                 Attorneys for Plaintiffs
6

7    Dated: January 13, 2010                     SIMPSON, GARRITY, INNES & JACUZZI

8

9                                      By:    _____

10                                               Paul V. Simpson
                                                 Attorneys for Defendant
11

12   IT IS SO ORDERED.

13   This case is hereby dismissed, and the calendar herein is vacated.

14

15   Dated: _____        _____

16                                     THE HONORABLE SUSAN ILLSTON
                                       UNITED STATES DISTRICT COURT
17

18

19

20

21

22

23

24

25

26

27

28